UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABDULLAH SPENCER NIMHAM-EL-DEY,            :
                             Plaintiff,   :
                                      :    21 Civ. 8237 (LGS)
          -against-           :
                                      :    <u>ORDER</u>
CHILDREN'S AID SOCIETY, et al.,            :
                            Defendants,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Children's Aid Society provided that the last known address of Defendant Eddie Butler is as follows: 960 Sheridan Venue, #3F, Bronx, New York, 10456 (Dkt. No. 14).

       The Clerk of Court is respectfully directed to complete the USM-285 forms with the address for Defendant Eddie Butler as provided by Defendant Children's Aid Society and deliver to the U.S. Marshals Service all documents necessary to effect service to Defendant Eddie Butler.  So Ordered.

Dated: April 11, 2022
       New York, New York

                                               LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE